IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

WALTER HALL                                                                                           PLAINTIFF

V.                                                                       CIVIL ACTION NO. 4:20-cv-009-NBB-JMV

CABLE ONE, INC.                                                                                      DEFENDANT

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is **GRANTED**. This case is hereby dismissed with prejudice and closed.

This 17th day of September, 2021.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE